IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>                Plaintiffs,<br>v.<br><br>ROBINETTE ENTERPRISES, INC., an Illinois corporation,<br><br>                Defendant. | Case No. 08 C 126<br><br>Judge HART |

## NOTICE OF MOTION

To:    Robinette Enterprises, Inc.
        18 W. Cass St., Suite 500
        Joliet, IL 60432

PLEASE TAKE NOTICE that at *11:00 a.m. on Wednesday, February 20, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge William D. Hart, Room 2243, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Order of Default and to Compel an Audit*, a copy of which is herewith served upon you.

February 14, 2008                                     Laborers Pension Fund, et al.

                                                                       By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 14th day of February 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                       /s/ Charles Ingrassia