**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND and** | ) | |
| **LABORERS' WELFARE FUND OF THE** | ) | |
| **HEALTH AND WELFARE DEPARTMENT** | ) | |
| **OF THE CONSTRUCTION AND GENERAL** | ) | |
| **LABORERS' DISTRICT COUNCIL OF** | ) | |
| **CHICAGO AND VICINITY, and JAMES S.** | ) | |
| **JORGENSEN, Administrator of the Funds,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 08 C 126** |
| **v.** | ) | |
| | ) | **Judge HART** |
| **ROBINETTE ENTERPRISES, INC., an** | ) | |
| **Illinois corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**AMENDED NOTICE OF MOTION (PREVIOUSLY FILED)**</u>

To:     Robinette Enterprises, Inc.
        c/o Jim Robinette
        705 Miami Street
        Joliet, IL 60432

PLEASE TAKE NOTICE that at *9:30 a.m. on Wednesday, February 27, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the *Judge Harry D. Leinenweber, sitting in the stead of Judge Hart, Room 1941*, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment*, a copy of which was previously served upon you.

February 20, 2008                                     Laborers Pension Fund, et al.

                                                     By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

<u>**PROOF OF SERVICE BY MAIL**</u>

The undersigned certifies that on this 20[h] day of February 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                     /s/  Charles Ingrassia