MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | Harry D. Leinenweber |
|---|---|---|---|
| **CASE NUMBER** | 08 C 126 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Laborers Pension Fund, et al vs. Robinette Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Order of Default against the defendant Robinette Enterprises, Inc., and to Compel an Audit is granted. The Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, plus attorneys fees and costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP