IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> ROBINETTE ENTERPRISES, INC., an Illinois corporation, <br><br> Defendant. | Case No. 08 C 126 <br><br> Judge HART |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. That Defendant Robinette Enterprises, Inc., (hereinafter the "Company") is in default.

2. The Company is hereby directed to promptly submit its benefit contributions for the period of October 2007 forward, submit benefit reports and contributions for the period of January 2008 forward, submit union dues for the period of

October 2007 forward, submit union dues and reports for the period of January 2008 forward and submit payment for dues and liquidated damages on late benefit reports and late dues reports.

3.  The Company is hereby directed to promptly submit the Company's books and records for an audit for the period of July 31, 2007 forward.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, plus attorneys' fees and costs and such other and further relief as may be just and appropriate.

ENTER:

_____
The Honorable Judge HARRY D. LEINENWEBER
Senior United States District Court Judge

Dated: 2/27/08