IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 126 |
| v. ) | |
| ) | Judge HART |
| ROBINETTE ENTERPRISES, INC., an ) | |
| Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR RULE TO SHOW CAUSE

NOW COME Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (collectively "Plaintiffs" or the "Funds"), by their attorney, Charles Ingrassia, and hereby move this Court to enter an Order directing Jim Robinnette, as president and officer of Defendant Robbinette Enterprises, Inc., (hereinafter the "Defendant") to appear and show cause why it should not be held in contempt for failing to comply with this Court's Order entered on February 27, 2008. In support of this Motion, the Funds state:

1. The Funds filed their Complaint on January 7, 2008 seeking to compel the Defendant to submit benefit reports and contributions for the period of October 2007 forward; to submit union dues reports and dues for the period of October 2007 forward; to pay $6.81 in liquidated damages as a result of untimely submitted union dues for the period of September 2007; to submit to an audit for the period of July 31, 2007 to present; and to compel the Defendant to obtain and maintain a bond.

2. The Defendant failed to file an answer or otherwise plead, and this Court found it

in default on February 27, 2008.[1] A true and accurate copy of this Court's Order is attached hereto as <u>Exhibit</u> <u>A</u>.

3. The Funds sent the Defendant's registered agent a letter dated February 27, 2008 requesting that it comply with this Court's Order and produce the Defendant's books and records and submit to an audit. A true and accurate copy of that letter is attached hereto as <u>Exhibit</u> <u>B</u>. Jim Robinette scheduled an audit, but subsequently cancelled it. The Funds sent another letter dated May 12, 2008 to the Jim Robinette requesting that the Defendant reschedule the audit by May 20, 2008. A true and accurate copy of that letter is attached hereto as <u>Exhibit</u> <u>B-1</u>. So far, the Defendant has failed to produce its books and records or reschedule the audit.

5. Accordingly, the Funds respectfully request that this Court enter an Order directing Jim Robinette, as president and officer of Defendant Robbinette Enterprises, Inc., to appear and show cause why he should not be held in contempt for failing to comply with this Court's Order dated February 27, 2008. Plaintiffs further request that this Court award them their attorneys' fees and costs incurred in bringing this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order directing Jim Robinette, as president and officer of Defendant Robbinette Enterprises, Inc., to appear and show cause why the he should not be held in contempt for failing to comply with this Court's Order dated February 27, 2008. Plaintiffs further request that this Court award them their attorneys' fees and costs incurred in bringing this Motion.

---

1 This Court's Order dated February 27, 2008 was signed by the Honorable Judge Harry D. Leinenweber, who was sitting in Judge Hart's stead.

2

May 21, 2008                                    Respectfully submitted,

                                              Laborers' Pension, et al.

                                              By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> ROBINETTE ENTERPRISES, INC., an Illinois corporation, <br><br> Defendant. | Case No. 08 C 126 <br><br> Judge HART |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. That Defendant Robinette Enterprises, Inc., (hereinafter the "Company") is in default.

2. The Company is hereby directed to promptly submit its benefit contributions for the period of October 2007 forward, submit benefit reports and contributions for the period of January 2008 forward, submit union dues for the period of



October 2007 forward, submit union dues and reports for the period of January 2008 forward and submit payment for dues and liquidated damages on late benefit reports and late dues reports.

3.  The Company is hereby directed to promptly submit the Company's books and records for an audit for the period of July 31, 2007 forward.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, plus attorneys' fees and costs and such other and further relief as may be just and appropriate.

ENTER:

_____
The Honorable Judge HARRY D. LEINENWEBER
Senior United States District Court Judge

Dated: 2/27/08



# LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY

11465 CERMAK ROAD
WESTCHESTER, IL 60154
Main # (708) 562-0200 Ext. 218

CHICAGO OFFICE
111 W. JACKSON BLVD., SUITE 1415
CHICAGO, IL 60604-3868
OFFICE: (312) 692-1540
FAX: (312) 692-1489

**BOARD OF TRUSTEES**

ADMINISTRATOR
JAMES S. JORGENSEN

SECRETARY
ALAN ESCHE

**PENSION FUND**

FOR LABOR
JOSEPH COCONATO
JAMES P. CONNOLLY
J. MICHAEL LAZZARETTO
RICHARD SHERMAN
LARRY WRIGHT
JEFF M. ZIEMANN

FOR EMPLOYERS
BENJAMIN D'ANDREA
ALAN ESCHE
RICHARD E. GRABOWSKI
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

FOR LABOR
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
SCOTT PAVLIS
TIM RILEY
RICHARD SHERMAN

FOR EMPLOYERS
ALAN ESCHE
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
DAVID H. LORIG
DENNIS P. MARTIN
TIM J. SCULLY

February 27, 2008

Mohammed A. Nofal
Registered Agent
Robbinette Enterprises, Inc.
18 W. Cass St., Suite 500
Joliet, IL 60432



**Re: *Laborers' Pension and Welfare v. Robinnette Enterprises, Inc:* Case Number: 08 CV 126**

Mr. Nofal:

Enclosed please find an Order of Default entered by the Hon. Judge Harry D. Leinenweber (who is sitting in the stead of Judge Hart) ordering the Company in default and ordering the Company to submit benefit contributions for the period of October 2007; to submit benefit reports and contributions for the period of January 2008 forward; to submit dues for the period of October 2007; to submit union reports and dues for the period of January 2008 forward; and to submit the Company's books and records to an audit for the period of July 31, 2007 forward. Please contact me to comply with the Court's Order. Be advised that if you have not responded and complied with the Court's Order on or before **Friday, March 21, 2008**, I will file the appropriate Motion for Rule to Show Cause why you should not be held in contempt.

Do not hesitate to contact me should you have any further questions.

Very truly yours,

LABORERS PENSION AND WELFARE FUNDS

Charles Ingrassia
Encl.

**EXHIBIT B**

Reply to Chicago Office

EMPLOYER PARTICIPANTS –

Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.

522


PENSION AND WELFARE FUNDS

# LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY

| | |
|---|---|
| 11465 CERMAK ROAD<br>WESTCHESTER, IL 60154<br>Main # (708) 562-0200 Ext. 218 | CHICAGO OFFICE<br>111 W. JACKSON BLVD., SUITE 1415<br>CHICAGO, IL 60604-3868<br>OFFICE: (312) 692-1540<br>FAX: (312) 692-1489 |

**BOARD OF TRUSTEES**

ADMINISTRATOR
JAMES S. JORGENSEN

SECRETARY
ALAN ESCHE

**PENSION FUND**

FOR LABOR
JOSEPH COCONATO
JAMES P. CONNOLLY
J. MICHAEL LAZZARETTO
RICHARD SHERMAN
LARRY WRIGHT
JEFF M. ZIEMANN

FOR EMPLOYERS
BENJAMIN D'ANDREA
ALAN ESCHE
RICHARD E. GRABOWSKI
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

FOR LABOR
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
SCOTT PAVLIS
TIM RILEY
RICHARD SHERMAN

FOR EMPLOYERS
ALAN ESCHE
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
DAVID H. LORIG
DENNIS P. MARTIN
TIM J. SCULLY

May 12, 2008

Jim Robinette
President
Robinette Enterprises, Inc.
18 W. Cass St., Suite 500
Joliet, IL 60432

    *Re: Laborers' Pension and Welfare v. Robinnette Enterprises, Inc: Case Number: 08 CV 126*

Mr. Robinette:

It has been brought to my attention that an audit of your Company's books and records originally scheduled for Wednesday, May 7, 2008 was cancelled and that no future date has been set. Please call Richard J. Wolfe's office at (708)923-0909 immediately to reschedule the audit. Be advised that if an audit is not rescheduled by **Tuesday, May 20, 2008**, I will be left with no choice but to file the appropriate Motion for Rule to Show Cause for why you should not be held in contempt of court.

Do not hesitate to contact me should you have any further questions.

Very truly yours,

LABORERS' PENSION AND WELFARE FUNDS

Charles Ingrassia

Reply to Chicago Office



EXHIBIT B-1

EMPLOYER PARTICIPANTS –

Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.

522

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Motion for Rule to Show Cause to be served upon the following person via US Mail this 21st day of May 2008.

Jim Robinette
President
Robinette Enterprises, Inc.
18 W. Cass St., Suite 500
Joliet, IL 60432

/s/ Charles Ingrassia