IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br>Plaintiffs, <br>v. <br><br>ROBINETTE ENTERPRISES, INC., an Illinois corporation, <br><br>Defendant. | Case No. 08 C 126 <br><br>Judge HART |

## NOTICE OF MOTION

To:   Robinette Enterprises, Inc.
      c/o Jim Robinette, President
      18 W. Cass St., Suite 500
      Joliet, IL 60432

PLEASE TAKE NOTICE that at *11:00 a.m. on Wednesday, June 4, 2008* or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge William D. Hart, Room 2243, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Rule to Show Cause,* a copy of which is herewith served upon you.

May 21, 2008                                          Laborers Pension Fund, et al.

                                                      By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 21st day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                      /s/ Charles Ingrassia