Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHK

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 126 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al. Vs. Robinette Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for rule to show cause why Jim Robinette, president and officer of defendant, should not be held in contempt of court [16] is granted. Rule to show cause is returnable on 6/25/2008 at 10:00 a.m. before Magistrate Judge Keys to whom this matter is being referred.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|