MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 126 |
| v. ) | |
| ) | Judge HART |
| ROBINETTE ENTERPRISES, INC., an ) | |
| Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

### ORDER – RULE TO SHOW CAUSE

This matter having come to be heard on Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen (the "Funds") Motion for Rule to Show Cause, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. This Court preliminarily finds that Defendant Robbinette Enterprises, Inc., has failed to comply with this Court's Order entered on February 27, 2008.

WHEREFORE, IT IS HEREBY ORDERED that Jim Robinette, as president and an officer of Defendant Robbinette Enterprises, Inc., shall appear before this Court on _25th_, _June_, at _10__ a.m., to show cause, if any, why he should not be adjudged guilty of and punished for contempt of Court for his failure to comply with this Court's Order entered on February 27, 2008.

ENTER: /s/ Hart

_____
The Honorable William T. Hart
United States District Court Judge

Dated: 6/4/08