UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND; ET AL**

PLAINTIFF(S)

vs.

**ROBINETTE ENTERPRISES, INC.**

DEFENDANT(S)

COURT DATE: 6/25/2008

Case No.
**08 C 126**

SERVICE DOCUMENTS:
**ORDER-RULE TO SHOW CAUSE**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 11, 2008**, at **6:55 PM**, I served the above described documents upon **ROBINETTE ENTERPRISES, INC.** shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **JIM ROBINE**

Said service was effected at **705 MIAMI ST., JOLIET, IL 60432**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **50**  Hgt: **5'10"**  Wgt: **275**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

Karen Crohan, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 12th day of June, 2008

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39082