**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laborers' Pension Fund and Laborers' Welfare Fund Of
The Health and Welfare Department of the Construction
and General Laborers' District Council of Chicago and
Vicinity, et al.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: |
| | 1:08–cv–00126 |
| | Honorable William T. Hart |
| Robinette Enterprises, Inc. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable Arlander Keys:Rule to show cause is returnable on 6/25/08 at 09:00 AM instead of l0:00 a.m. in courtroom 2230 before Magistrate Judge Keys to whom this matter is referred. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.