# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 126 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Laborers' Pension Fund v. Robinette Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's Motion for rule to show cause. Counsel for Plaintiff appeared and informed the Court that the parties are in negottiations with the defendant and are attempting to resolve this matter. Status hearing held; continued to 7/14/08 at 9:00 a.m. *AK*

Docketing to mail notices.

00:04;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|