# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 126 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Laborers' Pension Fund et al v. Robinette Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's motion for rule to show cause 16 . Counsel for plaintiff appeared and informed the court that the Defendant has turned over some documents to Plaintiff and that they are attempting to resolve this matter. Status hearing held, continued to 7/30/08 at 9:00 a.m. AK

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT CLERK

2008 JUL 15 PM 3:22

FILED-ED