UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund and Laborers' Welfare Fund Of The Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00126

Honorable William T. Hart

Robinette Enterprises, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

MINUTE entry before the Honorable Arlander Keys: Counsel for Plaintiff telephonically informed the Court that the defendant has turned over the outstanding documents to plaintiff. Therefore, the motion for rule to show cause is denied without prejudice and the status hearing set for 7/30/2008 is stricken. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.